UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cv-21797-SMITH/BECERRA

CAPILLUS, LLC,
a Florida limited liability company,

    Plaintiff,

    vs.

KIIERR INTERNATIONAL, LLC, a Utah
limited liability company, and
MICHAEL ANDERSON, an individual,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS KIIERR INTERNATIONAL, LLC, AND MICHAEL ANDERSON, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), and pursuant to a settlement agreement between all parties to this action, Plaintiff, Capillus, LLC ( "Plaintiff") hereby files this Notice of Voluntary Dismissal with Prejudice against Defendants, Kiierr International, LLC and Michael Anderson, and requests that the lawsuit be dismissed with prejudice, and with each side to bear its/their/his own attorneys' fees and costs.

    Respectfully submitted,

    /s Jonathan Woodard
    John Cyril Malloy, III
    Florida Bar No. 964,220
    jcmalloy@malloylaw.com
    Meredith Frank Mendez
    Florida Bar No. 502,235
    mmendez@malloylaw.com
    Jonathan R. Woodard
    Florida Bar No. 0096553
    jwoodard@malloylaw.com

**MALLOY & MALLOY P.L.**
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone (305) 858-8000
Facsimile (305) 858-0008
*Counsel for Plaintiff*