**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-CV-21797-SMITH/LOUIS

CAPILLUS, LLC,

    Plaintiff,

v.

KIIERR INTERNATIONAL, LLC, and
MICHAEL ANDERSON,

    Defendants.

_____

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (ECF No. 25). The Court having considered the Notice and being otherwise duly informed therein, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice (ECF No. 25) is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 13th day of August, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record